IN THE UNITED STATES DISTRICT COURT
FOR THE MIDDLE DISTRICT OF GEORGIA
ATHENS DIVISION

| | | |
|---|---|---|
| TABBARIS BROWN, | : | |
| | : | |
| Plaintiff, | : | |
| | : | |
| v. | : | CASE NO. 3:15-cv-1-MSH |
| | : | Social Security Appeal |
| CAROLYN W. COLVIN, | : | |
| Commissioner of Social Security, | : | |
| | : | |
| Defendant. | : | |
| | : | |

## ORDER

Presently pending before the Court is Plaintiff's Motion for Attorney's Fees Pursuant to the Equal Access to Justice Act. (ECF No. 15.) Counsel filed his motion for fees on July 7, 2015, requesting $3,791.02 for 20.0 total attorney work hours at a rate of $189.55. Aff. in Supp. of Mot. for Attorney's Fees 1-2, ECF No. 15-1. The Commissioner filed a Response wherein she does not object to the request for or amount of fees. Comm'r's Resp. 1, ECF No. 16.

Given that there is no objection to the amount of fees, number of hours requested, or hourly rate, and that the Court finds the request reasonable, Plaintiff's request for fees in the amount of $3,791.02 is hereby GRANTED. These amounts shall be paid directly to the Plaintiff. *See* 28 U.S.C. § 2412(d)(1)(A); *Astrue v. Ratliff*, 560 U.S. 586, 130 S. Ct. 2521, 2525-26 (2010); *Reeves v. Astrue*, 526 F.3d 732, 735 (11th Cir. 2008) (explaining that the EAJA "unambiguously directs the award of attorney's fees to the party who incurred those fees and not to the party's attorney").

SO ORDERED, this 4th day of August, 2015.

/s/ Stephen Hyles
UNITED STATES MAGISTRATE JUDGE